■ DAVID J. DALEY et al., Appellants, v STREETER ASSOCIATES, INC., et al., Respondents. [653 NYS2d 874] —Appeal from an order of the Supreme Court (Tait, Jr., J.), entered August 14, 1995 in Madison County, which granted defendants' motions for summary judgment dismissing the complaint.

Order is affirmed upon the opinion of Justice Albert E. Tait, Jr.

Cardona, P. J., Mikoll, Mercure, Crew III and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, with costs.